ROBERT FRAZER
United States Attorney
TASHA BRADT
Assistant United States Attorney
970 Broad Street
Newark, NJ 07102
Tel: (609) 858-0305
Tasha.Bradt@usdoj.gov
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASIN ENES DELIAK, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> *Defendants.* | Hon. Katharine S. Hayden, U.S.D.J. <br><br> Civil Action No. 26-cv-01776 (KSH) <br><br> **ORDER** |

This matter comes before the Court on the Defendants' consent motion to stay the proceedings. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the Defendants' consent motion is GRANTED; and it is further

ORDERED that the instant action is STAYED until further order of this Court; and it is further

ORDERED that Defendants shall provide an asylum interview to Plaintiff on or before October 27, 2026; and it is further

ORDERED that the Defendants shall file a status report with this Court forty-five (45) days after Plaintiff's asylum interview and then every forty-five (45) days thereafter; and it is further

ORDERED that either party shall be permitted to move to lift the stay at any time, without condition; and it is further

ORDERED that, in the event the stay is lifted, Defendants shall have fourteen (14) days, or such other time as the Court may direct, from the date of the order lifting the stay to file a responsive pleading or otherwise respond to the Complaint

ORDERED that, Order shall have no effect upon, nor be construed to affect, the merits of the underlying claims or defenses asserted in this action.

Dated:  5/20/26

s/Katharine S. Hayden
_____
Hon. Katharine S. Hayden, U.S.D.J.
United States District Judge